```
USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-23-18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

Globenet Cabos

      Plaintiff(s)

    -V-

FSF Technology

      Defendant(s)

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

# 18 Cv 4477 (JFK)

Counsel are directed to appear in Courtroom 20-C on **August 8, 2018** at **11:00 am**, for an initial pretrial conference, for the purpose of discussing the status of this case. This conference will not be adjourned except by order of the Court.

SO ORDERED.

Dated: New York, New York
5-23-18

_____
JOHN F. KEENAN
United States District Judge