UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBENET CABOS SUBMARINOS AMERICA INC. f/k/a BRASIL TELECOM OF AMERICA, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> FSF TECHNOLOGY LTDA EPP d/b/a ALOO TELECOM, <br><br> Defendants. | Case No.: 1:18-cv-04477-JFK <br><br> **NOTICE OF FILING CERTIFICATE OF GOOD STANDING IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF RYAN ROMAN** |

Ryan Roman hereby gives notice of filing the attached Certificate of Good Standing in support of his Motion for Admission Pro Hac Vice, which is filed concurrently herewith.

Dated: Miami, Florida
May 23, 2018

Respectfully submitted,

*/s/ Ryan Roman*

Ryan Roman
**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Tel. (305) 374-5600
Fax. (305) 374 5095
ryan.roman@akerman.com

45297194;1

# Supreme Court of Florida
## Certificate of Good Standing

I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

**RYAN ROMAN**

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **September 18, 2006**, is presently in good standing, and that the private and professional character of the attorney appear to be good.

WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this May 15, 2018.

_____
Clerk of the Supreme Court of Florida.