JUDGE KEENAN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/24/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GLOBENET CABOS SUBMARINOS AMERICA
INC. f/k/a BRASIL TELECOM OF AMERICA,
INC.

          Plaintiff,

- against -

FSF TECHNOLOGY LTDA EPP d/b/a ALOO
TELECOM

          Defendant.
-----------------------------------------------------------x

Case No. 18 CV 4477

[PROPOSED] ORDER GRANTING
PLAINTIFF'S *EX PARTE* MOTION FOR
LEAVE TO FILE THE UNREDACTED
COMPLAINT AND ACCOMPANYING
PAPERS UNDER SEAL

Upon the motion of Plaintiff GlobeNet Cabos Submarinos America Inc. f/k/a Brasil Telecom of America, Inc. ("Plaintiff" or "GlobeNet") for an order permitting the filing of the unredacted Complaint and accompanying papers, including exhibits, under seal, and upon review of the declaration of counsel in support thereof, it is hereby:

ORDERED that Plaintiff's *Ex Parte* Motion for Leave to File the Unredacted Complaint and Accompanying Papers Under Seal be GRANTED, and it is

FURTHER ORDERED, that the unredacted Complaint and exhibits thereto shall be placed under seal, until further Order of the Court

                                                      UNITED STATES DISTRICT JUDGE
                                                      Judge Edgardo Ramos.
                                                      Part 1

Dated: May 21, 2018