

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-1-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLOBENET CABOS SUBMARINOS AMERICA INC. f/k/a BRASIL TELECOM OF AMERICA, INC.,

Plaintiffs,

-against-

FSF TECHNOLOGY LTDA EPP d/b/a ALOO TELECOM,

Defendants.

Case No.: 1:18-cv-04477-JFK

**ORDER FOR ADMISSION PRO HAC VICE OF DONNIE M. KING**

The motion of Donnie M. King for admission to practice Pro Hac Vice in the above-captioned action is granted.

Donnie M. King has declared that he is a member in good standing of the bars of the state of Florida and the United States Virgin Islands; and that his contact information is as follows:

> Donnie M. King
> AKERMAN LLP
> Three Brickell City Centre
> 98 Southeast Seventh Street, Suite 1100
> Miami, FL 33131
> Tel. (305) 374-5600
> Fax. (305) 374 5095
> donnie.king@akerman.com

Donnie M. King having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Globenet Cabos Submarinos America Inc. f/k/a Brasil Telecom of America, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Donnie M. King is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 1, 2018

*John F. Keenan*
United States District Judge