

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GLOBENET CABOS SUBMARINOS AMERICA INC. f/k/a BRASIL TELECOM OF AMERICA, INC.,

    Plaintiffs,

  -against-

FSF TECHNOLOGY LTDA EPP d/b/a ALOO TELECOM,

    Defendants.

Case No.: 1:18-cv-04477-JFK

**ORDER FOR ADMISSION PRO HAC VICE OF RYAN ROMAN**

  The motion of Ryan Roman for admission to practice Pro Hac Vice in the above-captioned action is granted.

  Ryan Roman has declared that he is a member in good standing of the Bar of the State of Florida; and that his contact information is as follows:

Ryan Roman
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Tel. (305) 374-5600
Fax. (305) 374 5095
ryan.roman@akerman.com

  Ryan Roman having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Globenet Cabos Submarinos America Inc. f/k/a Brasil Telecom of America, Inc. in the above entitled action;

  **IT IS HEREBY ORDERED** that Ryan Roman is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June ~~May~~ 6, 2018

*John F. Keenan*
United States District Judge