UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBENET CABOS SUBMARINOS AMERICA INC. f/k/a BRASIL TELECOM OF AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> FSF TECHNOLOGY LTDA EPP d/b/a ALOO TELECOM, <br><br> Defendant. | Case No.: 1:18-cv-04477-JFK <br><br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Erika Levin hereby enters an appearance in this action on behalf of FSF Technology Ltda EPP d/b/a ALOO Telecom and requests that copies of all papers in the captioned action be served on her at the e-mail address listed below.

Dated: June 29, 2018

/s/ Erika Levin
ERIKA LEVIN

**LEWIS BAACH KAUFMANN MIDDLEMISS pllc**
The Chrysler Building
405 Lexington Avenue, 62nd Floor
New York, NY 10174
Tel: (212) 826-7001
E-mail: Erika.Levin@lbkmlaw.com

*Attorneys for Plaintiff*