

Erika Levin
212 822 0161
erika.levin@lbkmlaw.com

June 29, 2018

**VIA ECF**

Hon. John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street, Room 1930
New York, NY 10007-1312

      Re: *GlobeNet Cabos Submarinos America Inc. v. FSF Technology Ltda EPP d/b/a ALOO Telecom* **(Case No. 1:18-cv-04477-JFK)**
           **Joint Letter Motion Requesting Extension**

Dear Judge Keenan:

We represent the Defendant, FSF Technology Ltda EPP d/b/a Aloo Telecom ("Aloo"), in the above-referenced proceeding.

Aloo asks that the time for Aloo to respond to the Complaint, which was originally scheduled for June 29, 2018, be extended to July 26, 2018. We attach a Proposed Order with these dates.

Aloo has made no previous requests for adjournment or extension. Plaintiff GlobeNet Cabos Submarinos America Inc. f/k/a Brasil Telecom of America, Inc. consents to this request.

                              Respectfully submitted,

                              /s/ Erika Levin
                              Erika Levin

cc: Ryan Roman (via ECF)

The Chrysler Building | 405 Lexington Avenue, 62nd Floor | New York, NY 10174 | t 212 826 7001 | f 212 826 7146
NEW YORK   WASHINGTON   LONDON   BUENOS AIRES
lbkmlaw.com