UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLOBENET CABOS SUBMARINOS AMERICA
INC. f/k/a BRASIL TELECOM OF AMERICA,
INC.,

             Plaintiff,

      v.

FSF TECHNOLOGY LTDA EPP d/b/a ALOO
TELECOM,

             Defendant.

Case No.: 1:18-cv-04477-JFK

**[PROPOSED] ORDER FOR
TIME TO RESPOND TO
COMPLAINT**

IT IS HEREBY ORDERED THAT:

Defendant FSF Technology Ltda EPP d/b/a Aloo Telecom shall answer or otherwise

respond to the Complaint on or before July 26, 2018.

No provision of this Order shall be construed as a waiver of any other defenses by FSF

Technology Ltda EPP d/b/a Aloo Telecom, which expressly reserves all defenses.

SO ORDERED:

_____

Hon. John F. Keenan
United States District Judge